**S.I.R.P.R.**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED - GR**

May 21, 2026 10:20 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ᒫᐧ⅂5-2ᒭ

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

**1:26-cv-1655**

**Jane M. Beckering**

**U.S. District Judge**

LATICE D GORDON

)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

KEURIG DR PEPPER INC
THE AMERICAN BOTTLING COMPANY
SPLASH TRANSPORT INC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LATICE D GORODN |
| Street Address | 1335 PRAIRIE PKWY SW 207 |
| City and County | WYOMING, KENT |
| State and Zip Code | MICHIGAN 49509 -2700 |
| Telephone Number | 616-308-9251 |
| E-mail Address | GORDONLATICE@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                              KEURIG DR PEPPER INC

Job or Title *(if known)*

Street Address                    777 BROOKS AVE

City and County                   HOLLAND, OTTAWA

State and Zip Code                MICHIGAN 49423 -5340

Telephone Number                  616-396-1281

E-mail Address *(if known)*

Defendant No. 2

Name                              THE AMERICAN BOTTLING COMPANY

Job or Title *(if known)*         (A WHOLLY-OWNED SUBSIDIDIARY OF KEURIG DR PEPPER)

Street Address                    777 BROOKS AVE

City and County                   HOLLAND, OTTAWA

State and Zip Code                MICHIGAN 49423 - 5340

Telephone Number                  616-396-1281

E-mail Address *(if known)*

Defendant No. 3

Name                              SPLASH TRANSPORT INC

Job or Title *(if known)*

Street Address                    777 BROOKS AVE

City and County                   HOLLAND, OTTAWA

State and Zip Code                MICHIGAN 49423 - 5340

Telephone Number                  616-396-1281

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
SEE ATTACHED SHEET (ADDENDUM 1) FOR FULL FEDERAL QUESTION.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## ADDENDUM 1. FEDERAL QUESTION

1.  Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (For employment discrimination and retaliation).

2.  Surface Transportation Assistance Act (STAA), 49 U.S.C. § 31105 (For employer retaliation regarding commercial motor vehicle safety and truck tampering complaints).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
SEE ATTACHED SHEET (ADDENDUM 2) FOR FULL STATEMENT.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
SEE ATTACHED SHEET (ADDENDUM 3) FOR FULL RELIEF.

# ADDENDUM 2. STATEMENT OF CLAIM

1.  **Employment History:** The Plaintiff, LaTice D. Gordon, was employed as a Class A Truck Driver by the Defendants starting on or about July 26, 2023. Throughout the duration of employment until July 2025, the Plaintiff maintained an exemplary employment record with zero disciplinary actions, write-ups, or performance infractions.

2.  **Protected Safety Activity:** In July 2025, the Plaintiff discovered severe vehicle safety violations, specifically illegal tampering with her assigned commercial motor vehicle. Acting in the interest of public safety and compliance with federal transportation regulations, the Plaintiff formally reported the commercial truck tampering to the Defendants' safety supervisors and Human Resources department.

3.  **Law Enforcement & Agency Notification:** Following the Defendants' failure to properly address the safety hazard, the Plaintiff escalated the workplace safety concerns by filing an official police report regarding the vehicle tampering in August 2025. The Plaintiff subsequently engaged with the union regarding these matters on or about September 12, 2025, and filed complaints with the Occupational Safety and Health Administration (OSHA) and the National Labor Relations Board (NLRB).

4.  **Retaliation and Adverse Actions:** Immediately following these protected safety reports, the Defendants subjected the Plaintiff to a hostile work environment, severe isolation, and targeted bullying. Management intentionally excluded the Plaintiff, forced her into disciplinary meetings

Page 1 of 3

without required union representation on or about October 23rd 2025, and issued two pretextual, unsubstantiated write-ups during a single meeting.

5.  Constructive Discharge and Damages: As a direct and proximate result of the Defendants' continuous retaliation for reporting commercial vehicle tampering, the Plaintiff suffered a total loss of employment and subsequent loss of housing. The Defendants' actions violate Title VII of the Civil Rights Act of 1964 and the whistleblower protections of the Surface Transportation Assistance Act (STAA), 49 U.S.C. § 31105.

6.  Discriminatory Intent and Hostile Work Environment: The hostile work environment, severe isolation, and targeted bullying orchestrated by management were explicitly fueled by discriminatory animus based on the Plaintiff's race (Black) and sex (female). This pattern of disparate treatment and hyper-scrutiny culminated in an adverse, discriminatory determination on November 20, 2025, subjected the Plaintiff to demeaning conduct that non-minority and male colleagues did not experience under similar operational circumstances, and directly laid the groundwork for her unlawful termination.

7.  Lack of Procedural Due Process: The Defendants intentionally weaponized company policy against the Plaintiff by forcing her into disciplinary actions and issuing two simultaneous, unsubstantiated write-ups without allowing required union representation. This denial of standard procedural protections was a pretextual tactic used to target, silence, and push out a Black female employee who spoke up.

Page 2 of 3

8.  Intersection of Retaliation and Discrimination: The Defendants used the Plaintiff's protected safety reporting as a proxy to execute discriminatory actions, accelerating her termination and subsequent loss of housing. This conduct constitutes a direct violation of Title VII of the Civil Rights Act of 1964, as the Plaintiff was targeted for adverse employment actions where similarly situated white or male employees were protected, accommodated, or left undisturbed.

Page 3 of 3

## ADDENDUM 3: REQUEST FOR RELIEF

**The Plaintiff respectfully requests that this Court enter judgment against the Defendants and award the following relief:**

- **Make-Whole Relief (Back Pay & Benefits): $53,414.00** *(Updated through May 20, 2026, to reflect ongoing lost wages and benefits).*

- **Front Pay Buyout: $400,000.00** *(Calculated as a 5-year salary buyout to offset severe career and professional reputation damage).*

- **Consequential Damages: $250,000.00** *(To remedy the direct economic impact and financial destabilization, including the resulting loss of housing).*

- **Punitive / Retaliation Damages: $221,826.00** *(For intentional, malicious, and reckless disregard of federal employee protections and public safety regulations).*

- **Tax Gross-Up Adjustment: $505,000.00** *(To offset the projected federal, state, and local tax burdens associated with a lump-sum judicial award).*

**TOTAL JUDICIAL RELIEF DEMANDED: $1,430,240.00**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:             05/21/2026

Signature of Plaintiff

Printed Name of Plaintiff        LaTice D. Gordon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address